# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**HARVEY JONES**                                                                         **PETITIONER**
**ADC #88202**

v.                          Case No. 4:20-cv-01425-LPR-JTR

**DEXTER PAYNE**
**Director, ADC**                                                              **RESPONDENT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITHOUT PREJUDICE.

IT IS SO ADJUDGED this 25th day of January 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE